IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS,<br><br>NATIONAL LEAGUE OF UNITED LATIN AMERICAN CITIZENS, and<br><br>JULIE HILBERG, individually and on behalf of others similarly situated,<br><br>    Plaintiffs,<br><br>v.<br><br>DAVID WHITLEY, in his official capacity as Secretary of State for the State of Texas, and<br><br>KEN PAXTON, in his official capacity as Attorney General for the State of Texas,<br><br>    Defendants. | Civil Action<br>Case No. 5:19-cv-00074-FB |

**ENTRY OF APPEARANCE OF RENEA HICKS AS CO-COUNSEL FOR PLAINTIFFS**

Please take notice that the following counsel hereby enters his appearance in the above-referenced matter as a co-counsel for Plaintiffs Texas League of United Latin American Citizens, National League of United Latin American Citizens, and Julie Hilberg:

    Renea Hicks
    LAW OFFICE OF MAX RENEA HICKS
    P.O. Box 303187
    Austin, Texas 78703-0504
    (512) 480-8231
    rhicks@renea-hicks.com

Respectfully submitted,

*/s/ Renea Hicks*
Renea Hicks
State Bar No. 09580400
LAW OFFICE OF MAX RENEA HICKS
P.O. Box 303187
Austin, TX 78703
Telephone: (512) 480-8231
rhicks@renea-hicks.com

Counsel for Plaintiffs

## CERTIFICATE OF SERVICE

    I certify that a copy of the foregoing was served on February 4, 2019, on the following counsel for Defendants via electronic mail and is available to all counsel of record via CM/ECF.

Adam Bitter
General Counsel, Office of the Secretary of State
generalcounsel@sos.texas.gov

Patrick K. Sweeten
Senior Counsel for Civil Litigation, Office of the Attorney General
patrick.sweeten@oag.texas.gov

Matthew H. Frederick
Deputy Solicitor General, Office of the Attorney General
matthew.frederick@oag.texas.gov

                      */s/ Renea Hicks*
                      Max Renea Hicks