IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS; NATIONAL LEAGUE OF UNITED LATIN AMERICAN CITIZENS; and JULIE HILBERG, Individually and on Behalf of Others Similarly Situated, ) ) ) ) ) ) ) | |
| Plaintiffs, ) | CIVIL ACTION NO. SA-19-CA-00074-FB |
| ) V. ) ) | |
| DAVID WHITLEY, in his Official Capacity as Secretary of State for the State of Texas; and KEN PAXTON, in his Official Capacity as Attorney General for the State of Texas, ) ) ) ) ) | |
| Defendants. ) | |

**NOTICE TO APPEAR FOR HEARING ON PLAINTIFFS'
MOTION FOR PRELIMINARY INJUNCTION**

IT IS ORDERED that this matter is SET for a hearing on Plaintiffs' Motion for Preliminary Injunction (docket no. 8) on **Tuesday, February 19, 2019, at 9 a.m.** in Courtroom Two of the John H. Wood, Jr. United States Courthouse, 655 East César E. Chávez Blvd., San Antonio, Texas 78206.  The docket sheet reflects that summons has issued as to both defendants but neither has made an appearance in this case, although counsel for plaintiffs has informed Court staff that the parties have been in contact telephonically.  Plaintiffs are therefore ORDERED to send a copy of this notice to defendants and/or defense counsel as soon as practicable and advise the Court when they have done so.

It is so ORDERED.

SIGNED this 4th day of February, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE