# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS; NATIONAL LEAGUE OF UNITED LATIN AMERICAN CITIZENS; and JULIE HILBERG, Individually and on Behalf of Others Similarly Situated, ) ) ) ) ) ) ) | |
| Plaintiffs, ) | CIVIL ACTION NO. SA-19-CA-00074-FB |
| V. ) ) | |
| DAVID WHITLEY, in his Official Capacity as Secretary of State for the State of Texas; and KEN PAXTON, in his Official Capacity as Attorney General for the State of Texas, ) ) ) ) ) | |
| Defendants. ) | |

## ADVISORY CONCERNING PLANNING FOR FEBRUARY 19 HEARING

In order to allow for the making of the testimonial record concerning the injunctive relief sought by plaintiffs, it will be helpful to the Court for each side to submit a list setting forth which lawyers will be advocating on particular issues, a list of potential witnesses, and which counsel will be involved in direct and cross-examinations. This information should be filed **on or before February 14, 2019.**

It is so ORDERED.

SIGNED this 11th day of February, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE