# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS; NATIONAL LEAGUE OF UNITED LATIN AMERICAN CITIZENS; and JULIE HILBERG, Individually and on Behalf of Others Similarly Situated, ) ) ) ) ) ) ) | |
| Plaintiffs, ) | CIVIL ACTION NO. SA-19-CA-00074-FB |
| ) V. ) ) | |
| DAVID WHITLEY, in his Official Capacity as Secretary of State for the State of Texas; and KEN PAXTON, in his Official Capacity as Attorney General for the State of Texas, ) ) ) ) ) | |
| Defendants. ) | |

## ADVISORY REGARDING DEFENDANTS' MOTION TO DISMISS

The parties and counsel are ADVISED that the Court will hear arguments on Defendants' Motion to Dismiss Under Rules 12(b)(1) and 12(b)(6) at the preliminary injunction hearing scheduled to be held on February 19, 2019, at 9 a.m.

It is so ORDERED.

SIGNED this 11th day of February, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE