IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS,<br><br>and<br><br>NATIONAL LEAGUE OF UNITED LATIN AMERICAN CITIZENS,<br><br>and<br><br>JULIE HILBERG, individually and on behalf of others similarly situated,<br><br>      Plaintiffs,<br><br>v.<br><br>DAVID WHITLEY, in his official capacity as Secretary of State for the State of Texas,<br><br>and<br><br>KEN PAXTON, in his official capacity as Attorney General for the State of Texas,<br><br>      Defendants. | Civil Action<br>Case No. 5:19-cv-00074-FB<br><br><br>**PLAINTIFFS' ADVISORY REGARDING FEBRUARY 19 HEARING** |

    Pursuant to this Court's February 11, 2019 order, Plaintiffs submit this report "setting forth which lawyers will be advocating on particular issues, a list of potential witnesses, and which counsel will be involved in direct and cross-examination." Doc. 17.

    We anticipate the following attorneys will be presenting oral argument on the legal issues at issue for this hearing on Plaintiffs' Motion for Preliminary Injunction and Defendants' Motion to Dismiss:

1

- Opening Remarks: Luis Roberto Vera Jr.

- Plaintiffs' Motion for Preliminary Injunction: Danielle Lang

- Defendants' Motion to Dismiss: Mark Gaber

Plaintiffs contemplate presenting the following potential witnesses with the following advocates conducting direct examination:

- George Korbel, Elections Expert (Advocate: Chad Dunn)

- Plaintiff Julie Hilberg (Advocate: Danielle Lang)

- Gayatri Vasan, Department of Public Safety (Advocate: Danielle Lang)

- Betsy Schonhoff, former employee of the Elections Division (Advocate: Chad Dunn)

- Christina Adkins, Elections Division (Advocate: Mark Gaber)

- Lupe Torres, State Director of Texas LULAC (Advocate: Luis Roberto Vera, Jr.)

- Janet Neek, Family & Literacy Inc., Kerrville, Texas (Advocate: Danielle Lang)

Depending on availability and need, Plaintiffs may call some of the following Texas election officials:

- Jacquelyn Callanen, Bexar County Elections Administrator (Advocate: Luis Roberto Vera, Jr.)

- Jose Salvador Tellez, Webb County Elections Administrator (Advocate: Luis Roberto Vera, Jr.)

- Kristen Spies, Blanco County Tax Assessor Collector (Advocate: Mark Gaber)

- Lisa Adam, Guadalupe County Elections Administrator (Advocate: Mark Gaber)

- Gwenda L. Tschirhart, Bandera County Tax Assessor Collector (Advocate: Mark Gaber)

- Cheryl Johnson, Galveston County Tax Assessor Collector (Advocate: Chad Dunn)

- Bob Reeves, Kerr County Tax Assessor Collector (Advocate: Chad Dunn)

Plaintiffs contemplate that the following advocates will participate in cross-examination: Chad Dunn and Mark Gaber.

February 14, 2019

Danielle M. Lang*
Mark P. Gaber*
Campaign Legal Center
1411 K Street NW, Suite 1400
Washington, DC 20001
Telephone: (202) 736-2200
Facsimile: (202) 736-2222
dlang@campaignlegal.org
mgaber@campaignlegal.org
*pro hac vice

Renea Hicks
State Bar No. 09580400
Law Office of Max Renea Hicks
P.O. Box 303187
Austin, TX 78703
Telephone: (512) 480-8231
rhicks@renea-hicks.com

David Richards
State Bar No. 16846000
Richards, Rodriguez & Skeith LLP
816 Congress Avenue, Suite 1200
Austin, TX 78701
Telephone: (512) 476-0005
Facsimile: (512) 476-1513

Respectfully submitted

/s/ Luis R. Vera, Jr.
Luis Roberto Vera, Jr.
LULAC National General Counsel
Law Offices of Luis Roberto Vera, Jr. &
 Associates
1325 Riverview Towers
111 Soledad
San Antonio, TX 78205-2260
(210) 225-3300
lrvlaw@sbcglobal.net

Chad W. Dunn
State Bar No. 24036507
K. Scott Brazil
State Bar No. 02934050
Brazil & Dunn
3303 Northland Drive, Suite 205
Austin, TX 78731
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

     I hereby certify that on February 14, 2019 the foregoing was served on all counsel of record via the Court's CM-ECF system.

                                             */s/ Luis R. Vera, Jr.*
                                             Luis Roberto Vera, Jr.

                                             *Counsel for Plaintiffs*