IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, <br><br> and <br><br> NATIONAL LEAGUE OF UNITED LATIN AMERICAN CITIZENS, <br><br> and <br><br> JULIE HILBERG, individually and on behalf of others similarly situated, <br><br> *Plaintiffs,* <br><br> v. <br><br> DAVID WHITLEY, in his official capacity as Secretary of State for the State of Texas, <br><br> and <br><br> KEN PAXTON, in his official capacity as Attorney General for the State of Texas, <br><br> *Defendants.* | § § § § § § § § § § § § § § § § § § § § § § § § § § § § §   CIVIL ACTION NO. 5:19-CV-00074-FB |

**DEFENDANTS' RESPONSE TO COURT'S ADVISORY
CONCERNING PLANNING FOR FEBRUARY 19 HEARING**

On February 11, 2019, the Court asked the parties to provide a list setting forth which lawyers will be advocating on particular issues, potential witnesses, and which counsel will be involved in direct and cross examinations of those witnesses. While Defendants Texas Secretary of State David Whitley and Texas Attorney General Ken Paxton are still in the process finalizing

1

their hearing preparation and assessing the particular issues raised by the Plaintiffs' pleadings, the Defendants provide the following information:

- **The following is a list of attorneys from the State of Texas who will appear and participate in direct or cross-examinations of witnesses:**

    Patrick K. Sweeten, Associate Deputy for Special Litigation

    Todd Disher, Trial Counsel for Civil Litigation

    Chris Hilton, Assistant Attorney General

    Rola Daaboul, Assistant Attorney General

    Michael Toth, Special Counsel for Civil Litigation

- **Witnesses Expected to Be Called by the State Defendants:**

    Keith Ingram, Director of Elections, Secretary of State

    Bruce Elfant, Travis County Elections official (adverse)

    Plaintiff Julie Hillberg (adverse)

    Organizational witnesses from Plaintiffs LULAC and Texas LULAC (adverse)

- **State of Texas Attorneys who will argue State of Texas Motion to Dismiss**

    Todd Disher, Trial Counsel for Special Litigation

Additionally, the Defendants reserve the right to examine any witnesses called by any other party. The Defendants will object to the introduction of affidavits or declarations in support of the Plaintiffs' motion for preliminary injunction as inadmissible hearsay, as well as any other offered evidence that is inadmissible under the Federal Rules of Evidence.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFERY C. MATEER
First Assistant Attorney General

RYAN L. BANGERT
Deputy Attorney General for Legal Counsel

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Associate Deputy for Special Litigation
Texas Bar No. 00798537
TODD LAWRENCE DISHER
Trial Counsel for Civil Litigation
Texas Bar No. 24081854
MICHAEL TOTH
Special Counsel for Civil Litigation
Texas Bar No. 24100608
ROLA DAABOUL
Assistant Attorney General
Texas Bar No. 24068473
CHRISTOPHER D. HILTON
Assistant Attorney General
Texas Bar No. 24087727

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
FAX: (512) 320-0667
Patrick.Sweeten@oag.texas.gov
Todd.Disher@oag.texas.gov
Michael.Toth@oag.texas.gov
Rola.Daaboul@oag.texas.gov
Christopher.Hilton@oag.texas.gov

*Counsel for Defendants*

# CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on **February 14, 2019**, and that the person(s) identified below was served by CM/ECF:

Danielle M. Lang*
Mark P. Gaber*
**Campaign Legal Center**
1411 K Street NW, Suite 1400
Washington, DC 20005
dlang@campaignlegal.org
mgaber@campaignlegal.org

*motions for admission pro hac vice Forthcoming*

Renea Hicks
**Law Office of Max Renea Hicks**
P.O. Box 303187
Austin, TX 78703
rhicks@renea-hicks.com

David Richards
**Richards, Rodriguez & Skeith LLP**
816 Congress Avenue, Suite 1200
Austin, TX 78701

Luis Roberto Vera, Jr.
General Counsel
**Law Offices of Luis Roberto Vera, Jr. & Associates**
1325 Riverview Towers
111 Soledad
San Antonio, TX 78205-2260
lrvlaw@sbcglobal.net

Chad W. Dunn
K. Scott Brazil
**Brazil & Dunn**
3303 Northland Drive, Suite 205
Austin, TX 78731
chad@brazilanddunn.com

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN