IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, | § § § | |
| and | § § | |
| NATIONAL LEAGUE OF UNITED LATIN AMERICAN CITIZENS, | § § § | |
| and | § § | |
| JULIE HILBERG, individually and on behalf of others similarly situated, | § § § | CIVIL ACTION NO. 5:19-CV-00074-FB |
| *Plaintiffs,* | § § § | |
| v. | § § | |
| DAVID WHITLEY, in his official capacity as Secretary of State for the State of Texas, | § § § | |
| and | § § | |
| KEN PAXTON, in his official capacity as Attorney General for the State of Texas, | § § § § | |
| *Defendants.* | § | |

**THIRD-PARTY GAYATRI VASAN'S JOINDER TO DEFENDANTS' MOTION FOR ENTRY OF CONFIDENTIALITY AND PROTECTIVE ORDER**

Defendants in the above entitled cause have moved for the entry of a confidentiality and protective order. Gayatri Vasan, a nonparty to this litigation and the recipient of a third-party subpoena from Plaintiffs that commands appearance at the hearing on Plaintiffs' motion for preliminary injunction and the production of documents, *see* Ex. A to Defendants' Motion for

Entry of Confidentiality and Protective Order, hereby joins Defendants' Motion in full and adopts and restates the arguments in Defendants' Motion as if fully restated herein.

      For the reasons set forth in Defendants' Motion for Entry of Confidentiality and Protective Order, third-party subpoena recipient Gayatri Vasan respectfully requests the entry of Defendants' proposed protective order.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFERY C. MATEER
First Assistant Attorney General

RYAN BANGERT
Deputy Attorney General for Legal Counsel

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Associate Deputy for Special Litigation
Texas Bar No. 00798537
TODD LAWRENCE DISHER
Special Counsel for Civil Litigation
Texas Bar No. 24081854
MICHAEL TOTH
Special Counsel for Civil Litigation
Texas Bar No. 24100608
ROLA DAABOUL
Assistant Attorney General
Texas Bar No. 24068473
CHRISTOPHER D. HILTON
Assistant Attorney General
Texas Bar No. 24087727

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
FAX: (512) 320-0667
Patrick.Sweeten@oag.texas.gov
Todd.Disher@oag.texas.gov
Michael.Toth@oag.texas.gov
Rola.Daaboul@oag.texas.gov
Christopher.Hilton@oag.texas.gov

*Counsel for Gayatri Vasan*

## CERTIFICATE OF CONFERENCE

I certify that I conferred with opposing counsel regarding the proposed protective order and the need for confidentiality protections, and Plaintiffs are opposed to this motion.

                                                       */s/ Christopher D. Hilton*
                                                       CHRISTOPHER D. HILTON

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on **February 18, 2019**, and that the person(s) identified below was served by CM/ECF:

Danielle M. Lang*
Mark P. Gaber*
**Campaign Legal Center**
1411 K Street NW, Suite 1400
Washington, DC 20005
dlang@campaignlegal.org
mgaber@campaignlegal.org
*\*motions for admission pro hac vice Forthcoming*
Renea Hicks

**Law Office of Max Renea Hicks**
P.O. Box 303187
Austin, TX 78703
rhicks@renea-hicks.com

David Richards
**Richards, Rodriguez & Skeith LLP**
816 Congress Avenue, Suite 1200
Austin, TX 78701

Luis Roberto Vera, Jr.
General Counsel
**Law Offices of Luis Roberto Vera, Jr. & Associates**
1325 Riverview Towers
111 Soledad
San Antonio, TX 78205-2260
lrvlaw@sbcglobal.net
Chad W. Dunn
K. Scott Brazil
**Brazil & Dunn**
3303 Northland Drive, Suite 205
Austin, TX 78731
chad@brazilanddunn.com

                                                       */s/ Patrick K. Sweeten*
                                                       PATRICK K. SWEETEN