IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS; NATIONAL LEAGUE OF UNITED LATIN AMERICAN CITIZENS; and JULIE HILBERG, Individually and on Behalf of Others Similarly Situated, <br><br> Plaintiffs, <br><br> V. <br><br> DAVID WHITLEY, in his Official Capacity as Secretary of State for the State of Texas; and KEN PAXTON, in his Official Capacity as Attorney General for the State of Texas, <br><br> Defendants. | CIVIL ACTION NO. SA-19-CA-00074-FB |

## ORDER

Before the Court is the matter of concluding the preliminary injunction part of the case. While there is somewhat more to be done in making the evidentiary and testimonial record, the parties should begin preparing Findings of Fact and Conclusions of Law, and proposed orders setting forth the relief each party seeks, to be submitted after final legal arguments. The Court will allow a reasonable amount of time for both sides to submit their separate findings and conclusions and proposed orders.

Still to be addressed are protective order issues concerning the sealed Court Exhibits 1 and 2 and the likelihood the Court will require an in camera hearing and viewing of the list made the basis of this controversy. One counsel for each side will be present.

IT IS SO ORDERED.

SIGNED this 21 day of February, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE