### UNITED STATES DISTRICT COURT
### WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS; NATIONAL LEAGUE OF UNITED LATIN AMERICAN CITIZENS; and JULIE HILBERG, individually and on behalf of others similarly situated;<br><br>*Plaintiffs,*<br><br>v.<br><br>DAVID WHITLEY, in his official capacity as the Secretary of State for the State of Texas; and KEN PAXTON, in his official capacity as Attorney General for the State of Texas,<br><br>*Defendants.* | §§§§§§§§§§§§§§§§§§ | CIVIL ACTION NO. 5:19-CV-00074-FB |

### BETSY SCHONHOFF'S ADVISORY TO THE COURT

The undersigned attorney represents Betsy Schonhoff for purposes of this matter. Ms. Schonhoff advises the Court that she intends to appear before the Court when the hearing on Plaintiffs' request for injunctive relief and Defendants' motions to dismiss resumes.

Respectfully submitted,

KEN PAXTON
Attorney General of Texas

JEFFREY C. MATEER
First Assistant Attorney General

BRANTLEY STARR
Deputy First Assistant Attorney General

DARREN L. McCARTY
Deputy Attorney General for Civil Litigation

        JOSHUA R. GODBEY, Division Chief
        Financial Litigation and Charitable Trusts Division

        */s/ Jennifer S. Jackson*
        JENNIFER SETTLE JACKSON
        Texas State Bar No. 24060004
        Deputy Division Chief and Assistant Attorney General
        Financial Litigation and Charitable Trusts Division
        Telephone: (512) 463-9917
        Facsimile: (512) 477-2348
        jennifer.jackson@oag.texas.gov

        *Counsel for Betsy Schonhoff*

## CERTIFICATE OF SERVICE

I hereby certify this *Advisory* was filed electronically (via CM/ECF) on February 21, 2019, and that the persons identified below were served by CM/ECF:

Danielle M. Lang
Mark P. Gaber
**Campaign Legal Center**
1411 K. Street NW, Suite 1400
Washington, DC 2005
dlang@campaignlegal.org
mgaber@campaignlegal.org

Renea Hicks
**Law Office of Max Renea Hicks**
P.O. Box 303187
Austin, TX 78703
rhicks@renea-hicks.com

Luis R. Vera, Jr.
**Law Offices of Luis Roberto Vera, Jr. & Assoc.**
325 Riverview Towers
111 Soledad
San Antonio, TX 78205-2260
lvrlaw@sbcglobal.net

Chad W. Dunn
K. Scott Brazil
**Brazil & Dunn**
3303 Northland Dr., Suite 205
Austin, TX 78731
chad@brazilanddunn.com

        */s/ Jennifer S. Jackson*
        JENNIFER SETTLE JACKSON