IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
FEB 2 2 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS; NATIONAL LEAGUE OF UNITED LATIN AMERICAN CITIZENS; and JULIE HILBERG, Individually and on Behalf of Others Similarly Situated,<br><br>Plaintiffs,<br><br>V.<br><br>DAVID WHITLEY, in his Official Capacity as Secretary of State for the State of Texas; and KEN PAXTON, in his Official Capacity as Attorney General for the State of Texas,<br><br>Defendants. | CIVIL ACTION NO. SA-19-CA-00074-FB |

## ORDER

Before the Court is the issue of concluding the preliminary injunction hearing. The Court will hear the remainder of the testimony of Mr. Keith Ingram and the testimony of Ms. Betsy Schonhoff, and rebuttal, if any, beginning at 9 a.m. on Monday, February 25, 2019.

Each side will be allowed up to one hour for closing arguments. Plaintiffs will open for thirty minutes, followed by the defense time, and closing of thirty minutes by plaintiffs.

It is so ORDERED.

SIGNED this 22nd day of February, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE