IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED

FEB 22 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS; NATIONAL LEAGUE OF UNITED LATIN AMERICAN CITIZENS; and JULIE HILBERG, Individually and on Behalf of Others Similarly Situated,<br><br>    Plaintiffs,<br><br>V.<br><br>DAVID WHITLEY, in his Official Capacity as Secretary of State for the State of Texas; and KEN PAXTON, in his Official Capacity as Attorney General for the State of Texas,<br><br>    Defendants. | CIVIL ACTION NO. SA-19-CA-074-FB |

**AND**

| | |
|---|---|
| JULIETA GARIBAY; MARIA YOLISMA GARCIA; LOREN TULE-ROMAIN; ABRAHAM JOSUE ESPINOSA FLORES; VIRIDIANA TULE CARRIZALES; EFREN GOMEZ; ELENA KEANE; SOUTHWEST VOTER REGISTRATION EDUCATION PROJECT; MI FAMILIA VOTA EDUCATIONAL FUND; LA UNION DEL PUEBLO ENTERO, INC.; JANE DOE #2; UNIDOS US; JANE DOE #1; and MARIA FELICITAS BARBOSA,<br><br>    Plaintiffs,<br><br>V.<br><br>DAVID WHITLEY, in his Official Capacity as Texas Secretary of State; KEN PAXTON, in his Official Capacity as Texas Attorney General; GREG ABBOTT, in his Official Capacity as Governor of Texas; CHERYL E. JOHNSON, Galveston County | CIVIL ACTION NO. SA-19-CA-159-FB |

Tax Assessor-Collector, in her Official )
Capacity; KIM RINN; KAREN NELSON; )
and LAURA WISE; )
             )
   Defendants. )

**AND**

MOVE TEXAS CIVIC FUND; JOLT )
INITIATIVE; LEAGUE OF WOMEN )
VOTERS OF TEXAS; TEXAS STATE )
CONFERENCE OF NAACP UNITS; )
and NIVIEN SALEH, )
             )
   Plaintiffs, )   CIVIL ACTION NO. SA-19-CA-171-FB
             )
V. )
             )
DAVID WHITLEY, Texas Secretary of )
State, in his Official Capacity; KEITH )
INGRAM, Texas Director of Elections, )
in his Official Capacity; JUDGE CHERYL )
JOHNSON, Voter Registrar for )
Galveston County, in her Official Capacity; )
PAMELA OHLENDORF, Elections )
Administrator for Caldwell County, in her )
Official Capacity; KAREN SPIES; )
TERRY HEFNER, Elections )
Administrator for Fayette County, in her )
Official Capacity; BETH ROTHERMEL, )
County Clerk and Voter Registrar for )
Washington County, in her Official )
Capacity; JANET TORRES; )
ELECTIONS ADMINISTRATOR FOR )
HARRISON COUNTY; and )
KAREN NELSON, )
             )
   Defendants. )

## ORDER OF CONSOLIDATION

   The plaintiffs in SA-19-CA-74-FB have brought suit against two Texas state officials and are asking the Court to enjoin implementation of Texas's Election Advisory 2019-02 and its accompanying

list of "Possible Non U.S. Citizens" (collectively, "the Advisory") on the basis that the Advisory unlawfully targets naturalized United States citizens for summary removal from Texas's voter rolls. Two other lawsuits against state officials (and election officials from Texas counties) challenging the Advisory were filed in the Southern District after this one and those cases have been transferred to this Court's docket under the "first to file" rule, SA-19-CA-159 and SA-19-CA-171-FB. These three cases involve questions of fact and law common to all plaintiffs and defendants and it would promote judicial economy and convenience to the parties, while also minimizing fees and expenses, to consolidate into a single case under cause number SA-19-CA-74-FB.

IT IS THEREFORE ORDERED that cause numbers SA-19-CA-74-FB, SA-19-CA-159-FB, and SA-19-CA-171-FB are CONSOLIDATED, and all future filings shall be made in cause number SA-19-CA-74-FB.

IT IS FURTHER ORDERED that cause numbers SA-19-CA-159 and SA-19-CA-171-FB are ADMINISTRATIVELY CLOSED pending further Order of this Court.

IT IS SO ORDERED.

SIGNED this 22nd day of February, 2019.

                                              FRED BIERY
                                              UNITED STATES DISTRICT JUDGE