IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ET AL., <br><br> Plaintiffs, <br><br> V. <br><br> DAVID WHITLEY, in his Official Capacity as Secretary of State for the State of Texas; ET AL., <br><br> Defendants. | CIVIL ACTION NO. SA-19-CA-074-FB |

### ORDER

Before the Court is the status of this consolidated matter. The lead case is about to conclude the making of a record in the preliminary injunction hearing. The Court will proceed to make a ruling at some point in the future.

With reference to the now consolidated three cases, the Court will have a status/scheduling conference with only lawyers required to be present, although the party representatives may attend as well.

It is not necessary for all of the counsel to appear so long as there is at least one for each party.

The hearing will be on **Monday, March 11, 2019, at 9 a.m.**, in Courtroom Two of the John H. Wood, Jr. United States Courthouse, 655 East César E. Chavez Boulevard, San Antonio, Texas 78206.

In the meantime, counsel and the parties are encouraged to pause activities surrounding this litigation except for the county voting officials to continue vetting the lists (as previously directed by the Secretary of State) to verify who is or is not an American citizen and not send any examination letters, until further hearing before the Court.

IT IS SO ORDERED.

SIGNED this 22nd day of February, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE