UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Texas League of United Latin American Citizens, et al.,

vs.

Whitley et al.

Case No.: 5:19-cv-00074-FB

# MOTION FOR ADMISSION PRO HAC VICE

TO THE HONORABLE JUDGE OF SAID COURT:

Comes now Sophia Lin Lakin, applicant herein, and moves this Court to grant admission to the United States District Court for the Western District of Texas pro hac vice to represent Plaintiffs in this case, and would respectfully show the Court as follows:

1. Applicant is an attorney and a member of the law firm (or practices under the name of) American Civil Liberties Union Foundation, Inc. with offices at:

    Mailing address: 125 Broad Street, 18th Floor

    City, State, Zip Code: New York, NY 10004

    Telephone: (212) 284-7332    Facsimile: (212) 549-2654

2. Since 2013, Applicant has been and presently is a member of and in good standing with the Bar of the State of New York. Applicant's bar license number is 5182076.

3. Applicant has been admitted to practice before the following courts:

    | Court: | Admission date: |
    | --- | --- |
    | Eastern District of Wisconsin | May 11, 2015 |
    | Fourth Circuit Court of Appeals | April 28, 2016 |
    | *See addendum for further admitted courts.* | |

4. Applicant is presently a member in good standing of the bars of the courts listed above, except as provided below (list any court named in the preceding paragraph before which Applicant is no longer admitted to practice):

5. I ☐ have ☒ have not previously applied to Appear Pro Hac Vice in this district court in Case[s]:

   Number: _____ on the ____ day of _____, _____.
   Number: _____ on the ____ day of _____, _____.
   Number: _____ on the ____ day of _____, _____.

6. Applicant has never been subject to grievance proceedings or involuntary removal proceedings while a member of the bar of any state or federal court, except as provided:

7. Applicant has not been charged, arrested, or convicted of a criminal offense or offenses, except as provided below (omit minor traffic offenses):

8. Applicant has read and is familiar with the Local Rules of the Western District of Texas and will comply with the standards of practice set out therein.

9. Applicant will file an Application for Admission to Practice before the United States District Court for the Western District of Texas, if so requested; or Applicant has co-counsel in this case who is admitted to practice before the United States District Court for the Western District of Texas.

Co-counsel: Thomas Busey-Clancy

Mailing address: ACLU of Texas, 5225 Katy Freeway, Suite 350

City, State, Zip Code: Houston, TX 77007

Telephone: (713) 942-8146

Should the Court grant applicant's motion, Applicant shall tender the amount of $100.00 pro hac vice fee in compliance with Local Court Rule AT-l(f)(2) [checks made payable to: Clerk, U.S. District Court].

Wherefore, Applicant prays that this Court enter an order permitting the admission of Sophia Lin Lakin to the Western District of Texas pro hac vice for this case only.

Respectfully submitted,

Sophia Lin Lakin
[printed name of Applicant]

[signature of Applicant]

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of this motion upon each attorney of record and the original upon the Clerk of Court on this the 22nd day of February, 2019.

Sophia Lin Lakin
[printed name of Applicant]

[signature of Applicant]

*Sophia Lin Lakin admitted courts continued:*

| Court: | Admission Date: |
| --- | --- |
| Tenth Circuit Court of Appeals | May 4, 2016 |
| Sixth Circuit Court of Appeals | April 6, 2017 |
| Eighth Circuit Court of Appeals | November 4, 2016 |
| Fifth Circuit Court of Appeals | May 22, 2017 |
| Eleventh Circuit Court of Appeals | May 17, 2017 |
| Supreme Court of the United States | June 12, 2017 |
| Seventh Circuit Court of Appeals | July 24, 2018 |

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

Texas League of United Latin American Citizens, et al.

vs.                                     Case No.: 5:19-cv-00074-FB

Whitley et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by  Sophia Lin Lakin , counsel for  Plaintiffs , and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and  Sophia Lin Lakin  may appear on behalf of  Plaintiffs  in the above case.

IT IS FURTHER ORDERED that  Sophia Lin Lakin , if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the _____ day of _____, 20____.

_____
UNITED STATES DISTRICT JUDGE

Reset all fields    Print Form