IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Texas League of United Latin American Citizens, et al., § § § Plaintiffs, | § § | Civil Action No.: 5:19-CV-00074-FB [Lead Case] |
| v. | § § § | |
| David Whitley; et al. § Defendants | § § § | |
| MOVE Texas Civic Fund, et al. Plaintiffs, | § § § § § | Civil Action No. 5:19-CV-00171-FB [Consolidated Case] |
| v. | § § § | |
| David Whitley, et al. Defendants | § § § | |
| Julieta Garibay, et al. Plaintiffs, | § § § § | Civil Action No. 5:19-CV-00159-FB [Consolidated Case] |
| v. | § § § | |
| David Whitley, et al. Defendants | § § § | |

**NOTICE OF FILING OF SUPPLEMENTAL EXHIBITS IN SUPPORT OF MOVE TEXAS CIVIC FUND ET AL.'S MOTION FOR PRELIMINARY INJUNCTION**

Plaintiffs MOVE Texas Civic Fund, Jolt Initiative, League of Women Voters Texas, and Nivien Salah (hereinafter "MOVE Plaintiffs") hereby file the Declaration of Ann Harris Bennett, the Declaration of Dr. Lorraine C. Minnite, and the Declaration of Alexandra Moldovan in support of their Motion for Preliminary Injunction. The Court entered these exhibits into the record at the February 25, 2019 hearing, at which point Counsel for MOVE stated that they would be filed officially on the Court's docket.

Respectfully submitted,

| | |
|---|---|
| Mimi Marziani | */s/ Thomas Buser-Clancy* |
| Texas Bar No. 24091906 | Thomas Buser-Clancy |
| Rebecca Harrison Stevens | Texas Bar No. 24078344 |
| Texas Bar No. 24065381 | Andre Segura* |
| Joaquin Gonzalez* | Texas Bar No. 24107112 |
| Texas Bar No. 24109935 | Edgar Saldivar |
| Texas Civil Rights Project | Texas Bar No. 24038188 |
| 1405 Montopolis Drive | Brian Klosterboer* |
| Austin, TX 78741-3438 | Texas Bar No. 24107833 |
| Telephone: (512) 474-5073 | American Civil Liberties Union |
| beth@texascivilrightsproject.org | Foundation of Texas |
| | P.O. Box 8306 |
| Jon Greenbaum* | Houston, TX 77288 |
| D.C. Bar No. 489887 | Telephone: (713) 325-7011 |
| Ezra D. Rosenberg* | Fax: (713) 942-8966 |
| D.C. Bar No. 360927 | asegura@aclutx.org |
| Brendan B. Downes* | |
| D.C. Bar No. 187888 | Chiraag Bains** † |
| Jennifer Nwachukwu* | Massachusetts Bar No. 673627 |
| Maryland Bar No. 1706200131 | Dēmos |
| Lawyers' Committee for Civil Rights Under Law | 740 6th Street NW, 2nd Floor |
| 1500 K Street NW, Suite 900 | Washington, DC 20001 |
| Washington, D.C. 20005 | Telephone: (202) 864-2746 |
| Telephone: (202) 662-8600 | |
| Fax: (202) 783-0857 | Stuart C. Naifeh* |
| | California Bar No. 233295 |
| | Brenda Wright* |
| Sophia Lin Lakin* | New York Bar No. 1863240 |
| New York Bar No. 5182076 | Dēmos |
| Dale E. Ho** | 80 Broad Street, 4th Floor |
| New York Bar No. 4445326 | New York, NY 10004 |
| American Civil Liberties Union | Telephone: (212) 485-6055 |
| 125 Broad Street, 18th Floor | Fax: (212) 633-2015 |
| New York, NY 10004 | |
| Telephone: (212) 519-7836 | |
| Fax: (212) 549-2654 | |

ATTORNEYS FOR PLAINTIFFS

* Motion to Appear Pro Hac Vice pending before the Court
** Motion to Appear Pro Hac Vice forthcoming
† Admitted in Massachusetts, not D.C.; practice consistent with D.C. App. R. 49(c)(3).

**CERTIFICATE OF SERVICE**

I certify that a true and correct copy of the foregoing document was served upon defense counsel via this Court's ECF system.

/s/*Thomas Buser-Clancy*
Thomas Buser-Clancy