IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ET AL., | ) ) ) |
| Plaintiffs, | ) ) |
| V. | ) ) |
| DAVID WHITLEY, in his Official Capacity as Secretary of State for the State of Texas; ET AL., | ) ) ) ) |
| Defendants. | ) |

CIVIL ACTION NO. SA-19-CA-074-FB

**ORDER**

Before the Court is the Motion to Intervene by Proposed Intervenor Defendant Public Interest Legal Foundation. (Docket no. 75). The Court very much appreciates the well crafted pleading.

Separate and apart from the factual and legal issues involved is the challenge of managing an already very crowded field of parties and counsel. Thus far, there are forty-four plaintiffs and defendants and thirty-eight well qualified attorneys. There is a possibility that even more county defendants will be added, represented by their counsel. To add the intervenor and its three listed lawyers would present even more of a logistical burden on the Court. Moreover, this case is in its early stages and the Court is hopefully optimistic that a resolution can be achieved without a trial on the merits.

Accordingly, the motion to intervene (docket no. 75) is DENIED at this time. The Court retains the option of reconsidering the motion at a later date, if necessary.

It is so ORDERED.

SIGNED this 4th day of March, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE