IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., § § § § § | |
| *Plaintiffs*, § | |
| v. § | CIVIL ACTION NO. 5:19-CV-00074-FB |
| § § | |
| DAVID WHITLEY, et al., § § | |
| *Defendants*. § | |

_____

**DEFENDANT'S ADVISORY TO THE COURT**
_____

In response to the Court's Order entered on March 4, 2019 (ECF No. 77), Defendant Texas Secretary of State David Whitley writes to advise the Court that his office transmitted the Election Advisory approved by this Court to all 254 counties in Texas via email on March 4, 2019. A copy of the final Election Advisory is attached to this advisory as Exhibit A.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFERY C. MATEER
First Assistant Attorney General

RYAN BANGERT
Deputy Attorney General for Legal Counsel

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Associate Deputy for Special Litigation
Texas Bar No. 00798537

TODD LAWRENCE DISHER
Special Counsel for Civil Litigation
Texas Bar No. 24081854

MICHAEL TOTH
Special Counsel for Civil Litigation
Texas Bar No. 24100608

ROLA DAABOUL
Assistant Attorney General
Texas Bar No. 24068473

CHRISTOPHER D. HILTON
Assistant Attorney General
Texas Bar No. 24087727

P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
FAX: (512) 320-0667
Patrick.Sweeten@oag.texas.gov
Todd.Disher@oag.texas.gov
Michael.Toth@oag.texas.gov
Rola.Daaboul@oag.texas.gov
Christopher.Hilton@oag.texas.gov

*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on **March 4, 2019**, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*

PATRICK K. SWEETEN