IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ET AL.,<br><br>  Plaintiffs,<br><br>V.<br><br>DAVID WHITLEY, in his Official Capacity as Secretary of State for the State of Texas; ET AL.,<br><br>  Defendants. | CIVIL ACTION NO. SA-19-CA-074-FB |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO
FILE THIRD AMENDED COMPLAINT**

Before the Court is Plaintiffs' Motion for Leave to File Third Amended Complaint. (Docket no. 82). After careful consideration, the Court is of the opinion the motion should be granted.

IT IS THEREFORE ORDERED that Plaintiffs' Motion for Leave to File Third Amended Complaint (docket no. 82) is GRANTED such that the Third Amended Class-Action Complaint (attached to the motion for leave at docket no. 82-1), which adds an additional organizational plaintiff and an individual, may be filed as part of the record in these proceedings.

It is so ORDERED.

SIGNED this 6th day of March, 2019.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE