UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR - 6 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

Texas League of United Latin American Citizens, et al.

vs.                                    Case No.: 5:19-cv-00074-FB

Whitley et al.

# ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by Sophia Lin Lakin, counsel for Plaintiffs, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and Sophia Lin Lakin may appear on behalf of Plaintiffs in the above case.

IT IS FURTHER ORDERED that Sophia Lin Lakin, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the  6th  day of  March , 2019 .

_____
UNITED STATES DISTRICT JUDGE
FRED BIERY