UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR - 6 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY _____

Texas League of United Latin American Citizens, et al.,
vs.
David Whitley, et al.

Case No.: SA-19-CA-74-FB

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for Admission Pro Hac Vice filed by **Brian Phillip Klosterboer**, counsel for **All Plaintiffs**, and the Court, having reviewed the motion, enters the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and **Brian Phillip Klosterboer** may appear on behalf of **All Plaintiffs** in the above case.

IT IS FURTHER ORDERED that **Brian Phillip Klosterboer**, if he/she has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S. District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the **6th** day of **March**, 20**19**.

_____
UNITED STATES DISTRICT JUDGE
FRED BIERY