FILED

MAR – 6 2019

CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____
                    DEPUTY

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS

### SAN ANTONIO DIVISION

Texas League of United Latin
American Citizens, et al.,

vs.

Case No.: SA-19-CA-74-FB

David Whitley, et al.

## ORDER

BE IT REMEMBERED on this day, there was presented to the Court the Motion for

Admission Pro Hac Vice filed by Andre Ivan Segura , counsel for

All Plaintiffs , and the Court, having reviewed the motion, enters

the following order:

IT IS ORDERED that the Motion for Admission Pro Hac Vice is GRANTED, and

Andre Ivan Segura may appear on behalf of All Plaintiffs

in the above case.

IT IS FURTHER ORDERED that Andre Ivan Segura , if he/she

has not already done so, shall immediately tender the amount of $100.00, made payable to: **Clerk, U.S.**

**District Court**, in compliance with Local Court Rule AT-l(f)(2).

SIGNED this the 6th day of March , 20 19 .

UNITED STATES DISTRICT JUDGE
FRED BIERY