IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR - 6 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| Texas League of United Latin American Citizens, et al., § § § Plaintiffs, § § vs. § Civil Action No. SA-19-CA-74-FB § DAVID WHITLEY, et al. § § Defendants. § | |

### ORDER

Plaintiffs' Motion for Leave to Proceed Under Pseudonyms having come before this Court, and the Court having considered the submitted papers and such other relevant information and evidence as was presented to this Court, IT IS HEREBY ORDERED that Plaintiffs' motion is GRANTED.

**IT IS ORDERED** on this __6th__ day of __March__, 2019.

_____
Hon. Fred Biery
United States District Judge