IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Texas League of United Latin American Citizens, et al., *Plaintiffs,* v. David Whitley; et al., *Defendants,* | ) ) ) ) ) ) ) ) | Civil Action No.: 5:19-CV-00074-FB [Lead Case] |
| MOVE Texas Civic Fund, et al., *Plaintiffs,* v. David Whitley, et al., *Defendants,* | ) ) ) ) ) ) ) ) ) | Civil Action No. 5:19-CV-00171-FB [Consolidated Case] |
| Julieta Garibay, et al., *Plaintiffs,* v. David Whitley, et al., *Defendants.* | ) ) ) ) ) ) ) ) ) | Civil Action No. 5:19-CV-00159-FB [Consolidated Case] |

**LULAC PLAINTIFFS' ADVISORY TO THE COURT**

LULAC Plaintiffs write to advise the Court of new evidence regarding the monthly lists produced by the Secretary of State using the same flawed DPS matching process that created the original list of 98,000 voters. During the hearing on LULAC Plaintiffs' Motion for Preliminary Injunction, Defendant Ingram stated that 22,000 individuals visited DPS in the month of January and stated that they were not citizens, and that 1000 of those individuals were then matched to a

record in the voter registration database. Hr'g Tr. at 479:7-15, Dkt. 57.[1] Yesterday, during a status conference with this Court, the State advised the Court that these numbers were from December, rather than January, were merely preliminary, and were undergoing refinement.

Also yesterday, Defendant Whitley's office sent an unknown number of those individuals' names to the counties and flagged them as potential noncitizens. *See* Alexa Ura, *Texas again mistakenly flags voters for citizenship reviews*, The Texas Tribune, https://www.texastribune.org/2019/03/11/texas-again-mistakenly-flags-voters-citizenship-reviews/ (last visited Mar. 12, 2019) (attached here as Ex. 1). A spokesperson for Defendant Whitley's office indicated that these names were sent out as the result of a vendor error, and Plaintiffs have no evidence to suggest otherwise at this time.

As a result of this error, however, it appears that the monthly process for flagging individuals using the DPS data suffers from the same fatal flaws as the original match, and that substantial numbers of individuals flagged as noncitizens using this data are in fact citizens who have already presented proof of citizenship to DPS. *See id*. According to Travis County Voter Registrar Bruce Elfant, of the 146 names his office received Monday, a "substantial number" had already proved their citizenship when they registered to vote at DPS. *Id.* As such, there is a substantial likelihood that Defendant Ingram testified in error when he stated that 22,000 individuals who recently visited DPS had stated they were not citizens, and that therefore the matching process had identified 1,000 noncitizens who were registered to vote. Both the State's apparent clarification of Mr. Ingram's testimony and the revelation that the monthly lists continue to contain large numbers of naturalized citizens demonstrate the need for the State to provide

---

[1] "THE COURT:  So 22,000 people within the last recent period of time went to apply and received a driver's license and said, "I am not an American citizen." THE WITNESS:  That's right. THE COURT:  "I'm a legal resident," or, "I'm here on a visa." All right.  And then of those 22,000, a thousand of them are registered to vote? THE WITNESS:  That's right."

substantially more information to both this Court and the parties concerning the monthly matching process. In the interim, Plaintiffs submit this Advisory and attached Exhibit to supplement the record.

Dated: March 12, 2019

Danielle M. Lang*
Mark P. Gaber*
Molly E. Danahy*†
  † Admitted in NY only, DC Bar Application
  Pending. Supervised by Mark Gaber, a member of
  the DC Bar.
Campaign Legal Center
1411 K Street NW, Suite 1400
Washington, DC 20005
Telephone: (202) 736-2200
Facsimile: (202) 736-2222
dlang@campaignlegal.org
mgaber@campaignlegal.org
mdanahy@campaignlegal.org
*admitted pro hac vice

Renea Hicks
State Bar No. 09580400
Law Office of Max Renea Hicks
P.O. Box 303187
Austin, TX 78703
Telephone: (512) 480-8231
rhicks@renea-hicks.com

David Richards
State Bar No. 16846000
Richards, Rodriguez & Skeith LLP
816 Congress Avenue, Suite 1200
Austin, TX 78701
Telephone: (512) 476-0005
Facsimile: (512) 476-1513

Respectfully submitted,

/s/ Luis Roberto Vera, Jr.
Luis Roberto Vera, Jr.
LULAC National General Counsel
Law Offices of Luis Roberto Vera, Jr. &
 Associates
1325 Riverview Towers
111 Soledad
San Antonio, TX 78205-2260
Telephone: (210) 225-3300
lrvlaw@sbcglobal.net

Chad W. Dunn
State Bar No. 24036507
K. Scott Brazil
State Bar No. 02934050
Brazil & Dunn
3303 Northland Drive, Suite 205
Austin, TX 78731
Telephone: (512) 717-9822
Facsimile: (512) 515-9355
chad@brazilanddunn.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing was served on March 12, 2019 on all counsel of record via the Court's CM/ECF system.

<u>/s/ Luis Roberto Vera, Jr.</u>
Luis Roberto Vera, Jr.
