IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| Texas League of United Latin American Citizens, et al., | § § § § | |
| Plaintiffs, | § § | Civil Action No. 5:19-cv-0074-FB |
| v. | § § | [Lead Case] |
| David Whitley, et al., | § § § | |
| Defendants, | § | |
| AND | | |
| Julieta Garibay, et al. | § § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 5:19-cv-00159-FB |
| Whitley, et al., | § § § | [Consolidated Case] |
| Defendants, | § | |
| AND | § § | |
| MOVE Texas Civic Fund, et al., | § § | |
| Plaintiffs, | § § | |
| v. | § § | Civil Action No. 5-19-cv-00171-FB |
| Whitley, et al., | § § § | [Consolidated Case] |
| Defendants, | § | |

**GARIBAY PLAINTIFFS' ADVISORY REGARDING
NEW VOTER PURGE LISTS SENT TO COUNTIES**

Plaintiffs Julieta Garibay, *et al.* file this Advisory to inform the Court that on March 11, 2019, following this Court's status conference, Defendant Secretary of State David Whitley sent Texas counties new lists of voters for investigation of the voters' U.S. citizenship. Defendant Whitley's lists to the counties purported to contain information about registered voters who visited DPS in the past few months.

As with the flawed list of 98,000 voters, yesterday's lists sent by Defendant Whitley contained the names of naturalized U.S. citizens who are properly registered to vote. For example, the list received by Cameron County contained the names of 78 voters, 54 of whom registered to vote at DPS (Code 64) and are immediately recognizable as U.S. citizens. According to news reports, the list received by Travis County contained 146 voters and "a substantial number" of them were naturalized citizens who registered to vote at DPS.[1]

Defendant Whitley's issuance of these latest deeply flawed lists to the counties, whether or not inadvertent, exacerbates the confusion and concern among Garibay Plaintiffs and other naturalized citizens who are registered voters and who are being investigated by their counties as a result of the first, second and this latest batch of lists. Defendant Whitley's issuance of these latest lists also serves as further reason for the Court to grant a Preliminary Injunction that requires State Defendants to rescind and take no further action on the purge lists until a determination on the merits of Plaintiffs' claims.

Dated: March 12, 2019                                        Respectfully Submitted,

**MEXICAN AMERICAN LEGAL DEFENSE AND EDUCATIONAL FUND**
By: */s/ Nina Perales*

---

[1] Alexa Ura, "Texas again mistakenly flags voters for citizenship reviews," *Texas Tribune*, March 11, 2019, available at https://www.texastribune.org/2019/03/11/texas-again-mistakenly-flags-voters-citizenship-reviews/?utm_campaign=trib-social-buttons&utm_source=twitter&utm_medium=social

Nina Perales (Tex. Bar No. 24005046)
Ernest I. Herrera (Tex. Bar No. 24094718)
Alejandra Ávila (Tex. Bar No. 24089252)*
Jack Salmon (Tex. Bar No. 24068914)

110 Broadway, Suite 300
San Antonio, Texas 78205

Phone:  (210) 224-5476
Facsimile:  (210) 224-5382
Email: nperales@maldef.org
*(*Admitted Pro Hac Vice)*

**ASIAN AMERICANS ADVANCING JUSTICE | AAJC**
Niyati Shahº* (NJ Bar No. 026622005)
Eri Andriola+* (NY Bar No. 5510805)
1620 L Street, NW, Suite 1050
Washington, DC 20036
Phone: (202) 815-1098
Facsimile: (202) 296-2318
*º Admitted in New Jersey and New York only. DC practice limited to federal courts.*
*+ Admitted in New York only.*

**ASIAN AMERICAN LEGAL DEFENSE AND EDUCATION FUND**
Jerry Vattamala+* (NY Bar No. 4426458)
Patricia Yan+* (NY Bar No. 5499173)
99 Hudson Street, 12th Floor
New York, NY 10013
Phone: (212) 966-5932
Facsimile: (212) 966-4303
*+ Admitted in New York only.*

*Admitted pro hac vice

Attorneys for Plaintiffs

3

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that, on the 12th day of March, 2019, I electronically filed the above and foregoing document using the CM/ECF system, which automatically sends notice and a copy of the filing to all counsel of record.

*/s/ Nina Perales*
Nina Perales
