# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., § § § *Plaintiffs,* § § v. § § DAVID WHITLEY, et al., § § *Defendants.* § § § | CIVIL ACTION NO. 5:19-CV-00074-FB |

___

## DEFENDANT'S ADVISORY TO THE COURT
___

At the March 11, 2019 Status Conference, Defendant agreed to provide two categories of information to Plaintiffs in advance of the Rule 26(f) conference scheduled for March 26, 2019. Defendants advise the Court that the information has now been provided to Plaintiffs.

First, Plaintiffs MOVE Texas Civic Fund, et al., requested information regarding how many of the approximately 98,000 voters in the data set sent to the counties on January 26 have had their registration canceled because of their failure to respond to a notice of examination. In response, counsel for the Secretary of State today sent all Plaintiffs the letter that is attached as Exhibit A.

As of March 14, 2019, the Secretary of State has successfully confirmed that all of the voters who were shown in the State's records as having been removed because they failed to respond to a notice of examination sent as a result of the January 25, 2019 Election Advisory have been reinstated. Defendant Whitley's office has worked with the counties to ensure the reinstatement of those voters and will continue monitoring its records to ensure that any

cancellations comply with the Court's February 27 and February 28 orders. Defendants also reiterate that no eligible voters have been prevented from voting as a result of the January 25, 2019 Election Advisory.

Second, after the entry of the Protective Order on March 11, 2019, the Texas Department of Public Safety has now provided all Plaintiffs with documents responsive to the third-party subpoena issued by the LULAC Plaintiffs.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFERY C. MATEER
First Assistant Attorney General

RYAN BANGERT
Deputy Attorney General for Legal Counsel

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Associate Deputy for Special Litigation
Texas Bar No. 00798537

TODD LAWRENCE DISHER
Special Counsel for Civil Litigation
Texas Bar No. 24081854
MICHAEL TOTH
Special Counsel for Civil Litigation
Texas Bar No. 24100608
ROLA DAABOUL
Assistant Attorney General
Texas Bar No. 24068473
CHRISTOPHER D. HILTON
Assistant Attorney General
Texas Bar No. 24087727
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
FAX: (512) 320-0667
Patrick.Sweeten@oag.texas.gov
Todd.Disher@oag.texas.gov
Michael.Toth@oag.texas.gov
Rola.Daaboul@oag.texas.gov
Christopher.Hilton@oag.texas.gov
***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on **March 15, 2019**, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*

PATRICK K. SWEETEN