IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ET AL., )<br>)<br>) | |
| Plaintiffs, )<br>) | |
| V. ) | CIVIL ACTION NO. SA-19-CA-074-FB |
| ) | |
| DAVID WHITLEY, in his Official Capacity as Secretary of State for the State of Texas; ET AL., )<br>)<br>)<br>) | |
| Defendants. ) | |

## ORDER

Before the Court is the status of this case. The Court on March 26 received electronic communication through the Clerk's office that the Rule 26 conference had been held.

A separate order for scheduling recommendations will be forthcoming.

An in camera review of Court exhibits A, B, C and D will take place on Monday, April 29, 2019, at 9 a.m. in Chambers 2 of the John H. Wood, Jr. United States Courthouse.

Plaintiffs shall designate one counsel to attend. Defendants shall appoint one counsel to attend. One counsel for each set of county defendants may attend but are not required to do so.

Following the in camera inspection, a status conference will be held at 11 a.m.

The Court has been advised (docket nos. 120 & 122) of alleged continuing inaccuracies in the data information supplied by the Department of Public Safety. Clearly, the unanimity of purpose in having only eligible persons registered to vote cannot occur if the State of Texas and its agencies cannot provide accurate information on which to go forward. The Court will be interested to hear the current state of affairs regarding the foregoing.

At a previous status conference on March 11, 2019, plaintiffs averred they had made two settlement proposals but none had been forthcoming from the defendant Secretary of State. The Court will be interested to hear what those proposals are and the reason the State has not given a counterproposal in light of the parties' agreement concerning their ultimate goal.

It is so ORDERED.

SIGNED this 27th day of March, 2019.

FRED BIERY
UNITED STATES DISTRICT JUDGE