IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
MAR 27 2019
CLERK, U.S. DISTRICT CLERK
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, ET AL., )<br>)<br>)<br>    Plaintiffs, )<br>)<br>V. )<br>)<br>DAVID WHITLEY, in his Official Capacity as Secretary of State for the State of Texas; ET AL., )<br>)<br>)<br>    Defendants. ) | CIVIL ACTION NO. SA-19-CA-074-FB |

### ORDER GRANTING MOTION TO DISMISS AS TO DEFENDANT PAXTON

Before the Court is Defendants' Motion to Dismiss Under Rules 12(b)(1) and 12(b)(6) filed by defendants David Whitley and Ken Paxton. (Docket no. 20). As the Court noted in its original Order, the Attorney General is only being sued for making an alleged intimidating press release. *See* (Docket no. 61 at page 3). Politicians have been making threatening statements since the early days of the Republic exercising their First Amendment rights. Accordingly, the motion to dismiss (docket no. 20) is GRANTED as to defendant Paxton.

It is so ORDERED.

SIGNED this 27 day of March, 2019.

FRED BIERY
UNITED STATES DISTRICT JUDGE