IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al.,<br><br>　　*Plaintiffs,*<br><br>v.<br><br>DAVID WHITLEY, et al.,<br><br>　　*Defendants.* | §<br>§<br>§<br>§<br>§<br>§ CIVIL ACTION NO. 5:19-CV-00074-FB<br>§<br>§<br>§<br>§ |

_____

**DEFENDANT'S ADVISORY TO THE COURT**
_____

　　Defendant Secretary of State David Whitley received this Court's Order setting a status conference for April 27, 2019, ECF No. 130, and counsel for Secretary Whitley will be prepared to discuss the subjects referenced in the Order in detail at that conference.

　　In its Order, the Court states that Secretary Whitley "has not given a counterproposal" to the plaintiffs in an attempt to resolve this case. Secretary Whitley writes to advise the Court that on March 25, 2019, Secretary Whitley provided proposed written settlement terms to each of the plaintiff groups.

　　Secretary Whitley met personally with each party to the litigation on February 27, 2019, and his counsel had later discussions with the plaintiff groups before the March 11, 2019 status conference. The Secretary has listened to the plaintiffs' concerns expressed in those discussions and during the March 11 status conference. During the March 11 conference, counsel for Secretary Whitley agreed to provide additional data and discuss the possibility of settlement with the plaintiffs before their Rule 26(f) conference.

On March 15, 2019, Defendant Whitley informed the Court that his office had provided that additional data to the plaintiffs. ECF No. 124.

On March 25, 2019, Secretary Whitley sent proposed settlement terms to the plaintiffs. As of today, Secretary Whitley is the only party to have provided a written settlement proposal, and he expects the plaintiffs' responses in the coming days. Additionally, each of the parties to this action have agreed to an in-person meeting in San Antonio on April 1, 2019, to further discuss the Secretary's proposal.

The Court also addressed the plaintiffs' filings related to a technical error that occurred on March 11, 2019. *See* ECF Nos. 120 and 121. In their filing, the Garibay plaintiffs erroneously claimed that this error somehow showed that the proposed monthly matching process is flawed. *See* ECF No. 121. However, the data was unintentionally sent to the counties due to an inadvertent error caused by a vendor who mistakenly transmitted data. That inadvertent transmission bears no relevance to any of the Secretary's list-maintenance activities. Upon discovering the error, the Secretary's office immediately informed the counties to take no action on that data on the same day it was inadvertently sent. A copy of the corrective letter sent to the counties is attached as Exhibit A.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFERY C. MATEER
First Assistant Attorney General

RYAN BANGERT
Deputy Attorney General for Legal Counsel

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Associate Deputy for Special Litigation
Texas Bar No. 00798537

TODD LAWRENCE DISHER
Special Counsel for Civil Litigation
Texas Bar No. 24081854
MICHAEL TOTH
Special Counsel for Civil Litigation
Texas Bar No. 24100608
ROLA DAABOUL
Assistant Attorney General
Texas Bar No. 24068473
CHRISTOPHER D. HILTON
Assistant Attorney General
Texas Bar No. 24087727
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
FAX: (512) 320-0667
Patrick.Sweeten@oag.texas.gov
Todd.Disher@oag.texas.gov
Michael.Toth@oag.texas.gov
Rola.Daaboul@oag.texas.gov
Christopher.Hilton@oag.texas.gov
***Counsel for Defendants***

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on **March 27, 2019**, and that all counsel of record were served by CM/ECF.

*/s/ Patrick K. Sweeten*

PATRICK K. SWEETEN