| | |
|---|---|
| **From:** | Elections Internet |
| **To:** | Elections Internet |
| **Subject:** | MASS EMAIL (EA/VR-683) -- Notice To Counties Regarding Test Data In TEAM |
| **Date:** | Monday, March 11, 2019 4:36:45 PM |
| **Attachments:** | image001.png |
| **Sensitivity:** | Personal |

Dear County Officials,

We would like to inform you that your office may have received some list maintenance files this morning in error. These files should not have been sent to your county.   Working through our vendor, we were in the process of running data in our test environment; however, due to a technical error, it inadvertently got pushed out into production.

For online counties, the dashboard activities related to these files were immediately removed.  For offline counties receiving a voter export file, we ask that you completely disregard the file.  Please do not move forward in working with that data at this time.

If you have any additional questions, please do not hesitate to contact our office at (512)262-8683 or at Elections@sos.texas.gov.


Keith Ingram
Director, Elections Division
Office of the Secretary of State
800-252-VOTE(8683)
www.sos.state.tx.us/elections/index.shtml
**For Voter Related Information, please visit:**



*The information contained in this email is intended to provide advice and assistance in election matters per §31.004 of the Texas Election Code.  It is not intended to serve as a legal opinion for any matter.  Please review the law yourself, and consult with an attorney when your legal rights are involved.*