# ALLISON, BASS & MAGEE, L.L.P.

*Attorneys at Law*

**JAMES P. ALLISON**
j.allison@allison-bass.com

**ROBERT T. BASS**
r.bass@allison-bass.com

**J. ERIC MAGEE**
e.magee@allison-bass.com

**A. O. WATSON HOUSE**
**402 WEST 12ᵀᴴ STREET**
**AUSTIN, TEXAS 78701**
(512) 482-0701
FAX (512) 480-0902

**PHILIP B. ARNOLD**
p.arnold@allison-bass.com

**JOSHUA HUMPHREYS**
j.humphreys@allison-bass.com

April 23, 2019

**VIA E-FILING**

U.S. District Clerk's Office
655 E. Cesar E. Chavez Blvd., Room G65
San Antonio, Texas 78206

    Re:  *Texas League of United Latin American Citizens, et al v. David Whitley et al;* Cause No. 5:19-cv-00074-FB in the Western District Court, San Antonio Division

U.S. District Clerk's Office:

This letter serves as notice that I will be on a scheduled vacation June 14, 2019 and from July 1, 2019 through July 7, 2019. In accordance with the Texas Lawyer's Creed, I am requesting that no hearings, trials, deadlines or other items be scheduled in this case during these dates or within three business days before and after these dates.

By copy of this letter, I am serving all counsel of record with this letter and requesting that they also comply with the aforementioned request.

Please let me know if you have any questions or comments. Thank you in advance for your continued courtesies.

Sincerely,

Philip B. Arnold

PBA/jm

cc:    All counsel of record via CM/ECF system filing notification