IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., | § § § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. SA-19-CA-074-FB |
| DAVID WHITLEY, et al., | § § § | |
| *Defendants.* | § | |

AND

| | | |
|---|---|---|
| JULIE GARIBAY, et al., | § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. SA-19-CA-159-FB |
| DAVID WHITLEY, et al., | § § § | |
| *Defendants.* | § § | |

AND

| | | |
|---|---|---|
| MOVE TEXAS CIVIC FUND, et al., | § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. SA-19-CS-171-FB |
| DAVID WHITLEY, et al., | § § § | |
| *Defendants.* | § § | |

**JOINT MOTION TO DISMISS**

1

The Plaintiffs and Defendants in the consolidated actions file this joint motion to dismiss pursuant to Federal Rule of Civil Procedure 41(a)(2). The parties have reached an agreement to settle all the claims in the consolidated actions without further delay and expense. As such, the parties jointly request that the Court dismiss the consolidated actions with prejudice.

Respectfully submitted.

KEN PAXTON
Attorney General of Texas

JEFFERY C. MATEER
First Assistant Attorney General

RYAN BANGERT
Deputy Attorney General for Legal Counsel

*/s/ Patrick K. Sweeten*
PATRICK K. SWEETEN
Associate Deputy for Special Litigation
Texas Bar No. 00798537

TODD LAWRENCE DISHER
Special Counsel for Civil Litigation
Texas Bar No. 24081854
MICHAEL TOTH
Special Counsel for Civil Litigation
Texas Bar No. 24100608
ROLA DAABOUL
Assistant Attorney General
Texas Bar No. 24068473
CHRISTOPHER D. HILTON
Assistant Attorney General
Texas Bar No. 24087727
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120
FAX: (512) 320-0667

Patrick.Sweeten@oag.texas.gov  
Todd.Disher@oag.texas.gov  
Michael.Toth@oag.texas.gov  
Rola.Daaboul@oag.texas.gov  
Christopher.Hilton@oag.texas.gov  
***Counsel for State Defendants***

## CERTIFICATE OF SERVICE

I certify that a true and accurate copy of the foregoing document was filed electronically (via CM/ECF) on **April 26, 2019**, and that all counsel of record were served by CM/ECF.

<u>/s/ Patrick K. Sweeten</u>  
PATRICK K. SWEETEN

3