IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
APR 29 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY

| | | |
|---|---|---|
| TEXAS LEAGUE OF UNITED LATIN AMERICAN CITIZENS, et al., | § § § § § | |
| *Plaintiffs,* | § | |
| v. | § | CIVIL ACTION NO. SA-19-CA-074-FB |
| DAVID WHITLEY, et al., | § § § | |
| *Defendants.* | § § | |

AND

| | | |
|---|---|---|
| JULIE GARIBAY, et al., | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. SA-19-CA-159-FB |
| DAVID WHITLEY, et al., | § § § | |
| *Defendants.* | § § | |

AND

| | | |
|---|---|---|
| MOVE TEXAS CIVIC FUND, et al., | § § § | |
| *Plaintiffs,* | § § | |
| v. | § § | CIVIL ACTION NO. SA-19-CS-171-FB |
| DAVID WHITLEY, et al., | § § § | |
| *Defendants.* | § § | |

**ORDER GRANTING JOINT MOTION TO DISMISS**

The Court has considered the parties' Joint Motion to Dismiss the consolidate cases. After considering the Motion, the Court concludes that the Motion has merit and should be granted. It is therefore ordered that the parties' Joint Motion to Dismiss is **GRANTED**, and it is **ORDERED** that all claims brought by all parties are hereby **DISMISSED WITH PREJUDICE.**

SIGNED on this 29 day of April, 2019.

HONORABLE FRED BIERY
UNITED STATES DISTRICT JUDGE