# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

FILED
APR 29 2019
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____ DEPUTY CLERK

| | | |
|---|---|---|
| Texas League of United Latin American Citizens, et all | § § § | |
| vs. | § | CIVIL NO: SA:19-CV-00074-FB |
| | § § | |
| David Whitley, et al | § | |

## RECEIPT FOR PLAINTIFFS'/DEFENDANTS' EXHIBITS

I hereby acknowledge receipt of the following exhibits introduced at the Civil Proceedings in the above case.

These exhibits will be retained until the final disposition of the case.

## SEE THE ATTACHED LISTS

4/29/2019
DATE

_____
ATTORNEY OR AGENT

Todd Disher
_____
ATTORNEY OR AGENT

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

Texas League of United Latin American §
Citizens, National League of United Latin §
American Citizens, Julie Hilberg §
§
vs. § NO: SA:19-CV-00074-FB
§
David Whitley, Ken Paxton §

# PRELIMINARY INJUNCTION HEARING
## February 19, 20, and 25, 2019
### DEFENDANTS' EXHIBITS, Page 1 of 2

| Exhibit | Description | Date Admitted |
|---|---|---|
| D-1 | Mass Email Advisory (VR/EA/V-665) - Use of Non-U.S. Citizen Data obtained from the Department of Public Safety | 2/19/19 |
| D-2 | Mass E-mail 9VREA/V-661 Additional information pertaining to Advisory 2019-02 | 2/19/19 |
| D-3 | TACA-November (Texas Secretary of State 2018 Update-presentation by Keith Ingram, Director of Elections) | 2/19/19 |
| D-4 | MASS EMAIL (VR/EA-670) - New TEAM Workflow: DPS Non U.S. Citizen Data Comparison | 2/19/19 |
| D-5 | MASS EMAIL (VR/EA-666) -Updated Notice and Mini-Manuals: DPS Non U.S. Citizen Data Comparison | 2/19/19 |
| D-6 | List Maintenance (Eligibility) Full Slide | 2/19/19 |
| D-7 | MASS EMAIL (VR/EA-111) - List Maintenance (Eligibility) Webinar | 2/19/19 |
| D-8 | Letter from Attorney General Ken Paxton to Hon. Dawn Buckingham, Chair, Senaate Committee on Nominations | 2/19/19 |
| D-9 | Letter from Secretary of State David Whitley to Attorney General Ken Paxton | 2/19/19 |
| D-10 | Spreadsheet: Counties present per training session | 2/19/19 |
| D-11 | Spreadsheet: Training Classes | 2/19/19 |
| D-12 | MASS EMAIL (EA/VR 633) - Additional guidance based on feedback pertaining to Advisory 2019-02 | 2/19/19 |

| D-13 | MASS EMAIL (EA/VR 634) - Update Regarding Advisory sent February 22, 2019 | 2/25/19 |